

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-21-00016-CR

CHLOE THOMAS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 47770-A

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Appellant Chloe Thomas has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     April 27, 2021
Date Decided:       April 28, 2021

Do Not Publish